JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 348 -- IN RE "GARRISON DIVERSION UNIT" WATER RESOURCE PROJECT LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 5/10/78 | 1 | MOTION, BRIEF, SCHEDULE, CERTIFICATE OF SVC. -- United States -- Suggested Transferee District: District of Columbia  Suggested Transferee Judge:           (emh) |
| 5/22/78 | | APPEARANCES -- Andrew F. Walch, Esq. for U.S.A., Cecil D. Andrus; R. Keith Higginson; James T. McIntrye; Warren Jamison  Frederick L. Miller, Esq., State of North Dakota  Garrison Diversion Convervancy Dist.  Bruce J. Terris, Esq. National Audubon Society (rew) |
| 5/24/78 | 2 | MOTION, BRIEF, CERT. OF SVC. -- State of North Dakota  Suggested Transferee District: State of North Dakota  Suggested Transferee Judge: |
| 5/25/78 | 3 | RESPONSE -- National Audubon Society -- w/brief, Exhibit A,B,C, and w/cert. of svc. (emh) |
| 6/1/78 | 4 | REPLY -- United States w/cert. of svc. (ea) |
| 6/1/78 | | REQUEST FOR EXTENSION OF TIME -- The National Audubon Society by attorney Bruce J. Terris, Esq. GRANTED to and including June 14, 1978. Notified attorney. (ea) |
| 6/14/78 | 5 | REPLY MEMORANDUM -- National Audubon Society -- with exhibits and cert. of svc. (emh) |
| 6/29/78 | | HEARING ORDER -- Setting A-1 and A-2 for Hearing in Los Angeles, Calif. on July 28, 1978. (cds) |
| 7/25/78 | | WAIVER OF ORAL ARGUMENT for July 28, 1978 hearing --  Bruce J. Terris, Esq. for National Audubon Society  Andrew F. Walch, Esq. for U.S.A.  Frederick L. Miller, Jr., Esq. for State of North Dakota and The Garrison Diversion Conservancy District |
| 9/15/78 | | OPINION AND ORDER -- Denying transfer of litigation. A-1 and A-2. Notified involved counsel, Clerks and judges. (emh) |

DOCKET NO. 348 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re "Garrison Diversion Unit" Water Resource Project Litigation

## Summary of Panel Actions

Date(s) of Hearing(s) 7/28/78

Consolidation Ordered _____   Consolidation Denied 9/15/78

Opinion and/or Order  9/15/78  458 F.Supp 223
Citation

Transferee District _____   Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | National Audubon Society v. Andrus, et al. | D.D.C. Richey | 76-0943 | | | | |
| A-2 | State of North Dakota, et al. v. U.S.A., et al. | N.DAK. VanSickle | A77-1048 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 348 -- IN RE "GARRISON DIVERSION UNIT" WATER RESOURCE

PROJECT LITIGATION

---

THE UNITED STATES OF AMERICA
Cecil D. ANDRUS, Secretary of the
             Interior
R. Keith HIGGINSON, Commissioner
  U. S. Bureau of Reclamation
James T. MCINTYRE, Director
  Office of Management and Budget
Warren JAMISON, Project Manager
  United States Bureau of Reclamation
Andrew F. Walch, Esquire
General Litigation Section
Land and Natural Resources Division
Department of Justice
9th & Pennsylvania Avenue., N.W.
Washington, D. C.  20530


NATIONAL AUDUBON SOCIETY   (A-1)
Bruce J. Terris, Esquire
1526 18th Street, N.W
Washington, D.C.   20036


GARRISON DIVERSION CONVERVANCY
   DISTRICT
STATE OF NORTH DAKOTA  (A-2)
Frederick L. Miller, Jr., Esquire
Special Assistant Attorney
   General for the State of North
   Dakota
Suite 1200
1775 Pennsylvania Avenue, N.W.
Washington, D. C.   20006

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _348_ -- _In re "Garrison Diversion Unit" Water Resources Project Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| THOMAS W. KLEPPE | A-1 |
| GILBERT W. STAMM | A-1 |
| Intervenor Defendant State of N.Dak | A-1 |
| Garrison Diversion Conservancy District | A-1 |
| CECIN D. ANDRUS | A-1  A-2 |
| WARREN JAMISON Project Manager U.S. Bureau of Reclamation | A-2 |
| R. Keith Higginson Commissioner U.S. Bureau of Reclamation | A-2 |
| James T. McIntrye, Jr. Office of Management & Budget | A-2 |
| | |
| | |